April 28, 2014

CloudFlare
665 3rd St. #207
San Francisco, CA 94107

RE:  Infringement on azdrama.se

In compliance with relevant federal copyright law, I submit the following:

I hereby certify, under penalty of perjury, that I am authorized to act on behalf of TVB USA, Inc. for purposes of intellectual property rights enforcement. The information in this notice is accurate.

TVB USA is a company engaged in the production and distribution of motion pictures. It owns or controls various exclusive copyrights related to the motion pictures known as **Swipe Tap Love, Come Home Love, Ruse of Engagement, Storm In A Cocoon, Gilded Chopsticks, Outbound Love, Queen of Divas, Coffee Cat Mama, Return of the Silver Tongue, Bounty Lady, The Hippocratic Crush II, Will Power, Brother's Keeper, Sniper Standoff, Always and Ever, Triumph In The Skies II, Karma Rider, Awfully Lawful, A Change of Heart, Slow Boat Home, Beauty at War II, Bullet Brain** and **Never Dance Alone** (the "Properties"). TVB USA is the owner of certain exclusive rights in and to the Properties throughout the United States. The rights include, but are not limited to the reproduction, distribution and public performance of digital video embodying the Properties.

Through our investigations, we have a good faith belief that a website for which **CloudFlare** provides service, azdrama.se ("azdrama"), is being used for the unauthorized copying and distribution (downloading, uploading, file serving/swapping, streaming, stream embedding, torrent seeding, torrent tracking, torrent linking, other linking, link aggregating or any similar activities) of digital files embodying the Properties. The use of the Properties in this manner is NOT authorized by TVB USA and is a violation of TVB USA's intellectual Properties rights, including its rights under the Copyright Act. Infringing materials may be found at the following URLs:

http://azdrama.se/hk-drama/1438-swipe-tap-love/
http://azdrama.se/hk-drama/835-come-home-love/
http://azdrama.se/hk-drama/1436-ruse-of-engagement/
http://azdrama.se/hk-drama/1435-storm-in-a-cocoon/
http://azdrama.se/hk-drama/1434-gilded-chopsticks/
http://azdrama.se/hk-drama/1432-outbound-love/
http://azdrama.se/hk-drama/1433-queen-divas/
http://azdrama.se/hk-drama/1428-coffee-cat-mama/
http://azdrama.se/hk-drama/1425-return-of-the-silver-tongue/
http://azdrama.se/hk-drama/1419-bounty-lady/
http://azdrama.se/hk-drama/1414-the-hippocratic-crush-2/

http://azdrama.se/hk-drama/1406-will-power/
http://azdrama.se/hk-drama/1390-brothers-keeper/
http://azdrama.se/hk-drama/1386-sniper-standoff/
http://azdrama.se/hk-drama/1379-always-and-ever/
http://azdrama.se/hk-drama/1369-triumph-in-the-skies-ii/
http://azdrama.se/hk-drama/1368-karma-rider/
http://azdrama.se/hk-drama/1348-awfully-lawful/
http://azdrama.se/hk-drama/1338-a-change-of-heart/
http://azdrama.se/hk-drama/1313-slow-boat-home/
http://azdrama.se/hk-drama/1281-beauty-at-war/
http://azdrama.se/hk-drama/1263-bullet-brain/
http://azdrama.se/hk-drama/1225-a-great-way-to-care-2/
http://azdrama.se/hk-drama/1465-never-dance-alone/

TVB USA hereby requests that **CloudFlare** expeditiously causes all such infringing materials to be removed or blocked or freezes the account of **azdrama** until **azdrama** removes all infringing materials or disables access thereto.

If you should require any further information please do not hesitate to contact me by email at dmca@stonevaughanlaw.com. The mailing address of Stone & Vaughan, PLLC is 624 W. University Dr. #386, Denton, TX 76201. Please contact me immediately if this notification is not in substantial compliance with the requirements of the DMCA, or if some other problem arises with respect to our request. I would also request notification of your compliance with our request.

Regards,

*E. F. Stone*

Evan Stone, Esq.
Texas Bar No. 24072371
Stone & Vaughan, PLLC
624 W. University Dr, #386
Denton, TX  76201
Office:  469-248-5238
Fax:  310-756-1201
E-mail: evan@stonevaughanlaw.com